

# NUMBER 13-14-00593-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**AGUA SPECIAL UTILITY DISTRICT,**                                        **Appellant,**

**v.**

**BASILISA PEREZ GONZALEZ, ROSALVA SOSA,
RAQUEL G. CHATRIWALA, ROGELIO GONZALES,
ROLANDO GONZALEZ, REBECCA G. RAMIREZ,
RAMON GONZALEZ III, ROEL GONZALEZ,
RICARDO GONZALEZ AND HEIRS AND UNKNOWN HEIRS,
ASSIGNS OR DEVISEES OF RAMON GONZALEZ,**          **Appellees.**

---

**On Appeal from the County Court at Law No. 8
of Hidalgo County, Texas.**

---

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Rodriguez and Garza
Memorandum Opinion Per Curiam**

Appellant filed an appeal from a judgment entered by the County Court at Law No.

8 of Hidalgo County, Texas, in cause number CCD-0125-H. Appellant has filed an

amended motion to dismiss the appeal on grounds it no longer wishes to pursue the appeal. The certificate of conference reflects that appellant was unable to confer with appellees because appellant does not have a valid phone number or electronic mail address or facsimile number for appellees.

The Court, having considered the documents on file and appellant's motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED. There being no agreement in the motion regarding costs, pursuant to Rule 42.1(d) of the Texas Rules of Appellate Procedure, all costs are taxed against appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
12th day of February, 2015.

2